AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-38 HSO-JCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PERFORMANCE ACCOUNTS RECEIVABLE, LLC c/o Todd A. Boolos Registered agent was received by me on *(date)* Oct 23, 2017, 12:00 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PERFORMANCE ACCOUNTS RECEIVABLE, LLC c/o Todd A. Boolos Registered agent , who is designated by law to accept service of process on behalf of *(name of organization)* PERFORMANCE ACCOUNTS RECEIVABLE, LLC c/o Todd A. Boolos Registered agent on *(date)* Mon, Oct 30 2017 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10-30-2017

*Server's signature*

Chris Counts
*Printed name and title*

418 Pittman Rd., Ellisville, MS 39437
*Server's address*

Additional information regarding attempted service, etc.: