IN THE CIRCUIT COURT OF
PEARL RIVER COUNTY, MISSISSIPPI

IN RE PEARL RIVER COUNTY HOSPITAL          CAUSE NO.: 2012-0227H

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THERE CAME ON FOR CONSIDERATION, the joint *ore tenus* Motion of Pearl River County Hospital (the "Hospital") and Dennis L. Pierce ("Pierce") (collectively the "Parties") in the above referenced matter, to seek this Court's approval to enter into a Settlement Agreement between the Parties, it is hereby ordered as follows:

1. This Court has jurisdiction of the subject matter herein and the Parties hereto.

2. The Parties have provided to this Court a copy of the Settlement Agreement ("Agreement").

3. The Court has reviewed the Agreement and approves same.

4. That any and all claims by Hospital against Pierce in this action are hereby dismissed with prejudice.

5. That any and all claims by Pierce against the Hospital in this action are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 23 day of May, 2017.

_____
CIRCUIT COURT JUDGE

FILED
NANCE FITZPATRICK STOKES CIRCUIT CLERK

MAY 23 2017

BY: _____
DEPUTY CLERK

EXHIBIT 5

AGREED:

*[signature]*

Thomas K. Kirkland, Jr.
Allison C. Simpson
COPELAND, COOK, TAYLOR & BUSH, P.A
1076 Highland Colony Parkway
600 Concourse, Suite 100
Ridgeland, Mississippi 39157
*Attorneys for Pearl River County Hospital*

*[signature]*

Robin L. Roberts
ROBERTS AND ASSOCIATES
307 West Pine Street
Hattiesburg, Mississippi 39401
*Attorney for Dennis Pierce*