IN THE CIRCUIT COURT OF
PEARL RIVER COUNTY, MISSISSIPPI

IN RE PEARL RIVER COUNTY HOSPITAL            CAUSE NO. 2012-0277H

### AGREED ORDER OF DISMISSAL

This cause having come on for hearing on the joint motion *ore tenus* of the plaintiff Pearl River County Hospital ("Hospital"), and defendants, Wade Walters ("Walters"), Performance Accounts Receivable, LLC ("PAR"), and Performance Capital Leasing, LLC ("PCL") in the above-styled matter, advising the Court that said parties have come to a mutual resolution of their differences per that certain Settlement Order entered by this Court on May 2, 2017; and the Court, being fully advised in the premses finds it has jurisdiction over the subject matter herein and parties hereto and that the motion is well taken.

IT IS THEREFORE, ORDERED AND ADJUDGED that any and all claims by Hospital against Walters, PAR and PCL in this action are hereby dismissed with prejudice, with the parties to bear their own costs.

IT IS FURTHER ORDERED AND ADJUDGED that any and all claims by Walters, PAR and PCL against Hospital in this action are hereby dismissed with prejudice, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED, this the ___ day of June, 2017.

PRENTISS G. HARRELL
CIRCUIT COURT JUDGE

AGREED:

FILED
IANCE FITZPATRICK STOKES CIRCUIT CLERK
JUN - 5 2017
BY _____ DEPUTY CLERK

EXHIBIT 10

_____  
Samuel S. McHard  
Manion Anderson  
McHard, McHard, Anderson & Associates, PLLC  
*Attorneys for Wade Walters, PerformanceAccounts Receivable, LLC and Performance Capital Leasing, LLC*

_____  
Thomas L. Kirkland, Jr.  
Allison C. Simpson  
Copeland, Cook, Taylor & Bush, P.A.  

*Attorneys for Pearl River County Hospital*