IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA  PLAINTIFF
ex. rel. MITCHELL D. MONSOUR and
WALTON STEPHEN VAUGHAN

v.  CIVIL ACTION NO. 1:16-cv-00038 HSO-JCG

NORTH SUNFLOWER MEDICAL CENTER,  DEFENDANTS
NORTH SUNFLOWER MEDICAL FOUNDATION,
FRANKLIN COUNTY MEMORIAL HOSPITAL.,
FRANKLIN COUNTY MEMORIAL HOSPITAL MEDICAL FOUNDATION,
TALLAHATCHIE GENERAL HOSPITAL AND EXTENDED CARE FACILITY,
TALLAHATCHIE GENERAL HOSPITAL MEDICAL FOUNDATION,
PERFORMANCE ACCOUNTS RECEIVABLE, LLC,
PERFORMANCE CAPITAL LEASING, LLC,
STEPPING STONES HEALTHCARE, LLC,
WELLNESS ENVIRONMENTS, INC.,
WADE WALTERS, CLAYTON V. DEARDORFF,
MIKE BOLEWARE, HOPE THOMLEY,
DENNIS L. PIERCE, and PIERCON, INC.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS BY DEFENDANTS STEPPING STONES HEALTHCARE, LLC, AND CLAYTON V. DEARDORFF**

Defendants Stepping Stones Healthcare, LLC, and Clayton V. Deardorff (collectively "Defendants") file this motion for an extension of time to file their responsive pleadings to the Relator's Complaint. As grounds for their motion, Defendants state as follows:

1. Counsel was engaged in mid-December 2017.

2. Defendant Clayton V. Deardorff lives out of state and underwent a medical procedure mid-December 2017. Therefore, undersigned counsel has been unable to regularly meet with him and to review the significant amount of documents necessary to respond to the allegations set forth in the Relator's complaint.

3. As a result, counsel for Defendants need additional time to meet with Defendant to review necessary records and thereafter, interview others who have information needed to respond to the allegations set forth in the Relator's Complaint.

4. Therefore, Defendants respectfully request that the Court allow Defendants until March 19, 2018, to file their responsive pleadings to the Relator's Complaint.

5. Counsel for Relator has been contacted and has no objection to the requested relief.

WHEREFORE, premises considered, Defendants Stepping Stones Healthcare, LLC, and Clayton V. Deardorff, move the Court to grant them each an extension of time until March 19, 2018 to file their initial responsive pleadings to the Relator's Complaint.

Dated: February 27, 2018.

Respectfully submitted,

Stepping Stones Healthcare, LLC,
and Clayton V. Deardorff

By and through their Attorney,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.

s/ *J. Scott Newton*
   J. SCOTT NEWTON

4817-4980-2590 v1
2928098-000003 02/27/2018

OF COUNSEL:
J. Scott Newton (MS Bar No. 8875)
Robert Walker (MS Bar No. 100660)
BAKER DONELSON BEARMAN
  CALDWELL & BERKOWITZ, PC
P. O. Box 14167
Jackson, Mississippi  39236-4167
Telephone:  601-351-2400
Facsimile:  601-351-2424
snewton@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I, J. Scott Newton, certify that I have this day filed the foregoing *Unopposed Motion for Extension of Time* with the Clerk of the Court via the Court's ECF System which caused a copy to be served upon all counsel of record.

This the 27th day of February, 2018.

s/ *J. Scott Newton*
J. SCOTT NEWTON

4817-4980-2590 v1
2928098-000003 02/27/2018