UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
ex. rel. MITCHELL D. MONSOUR and
WALTON STEPHEN VAUGHAN (Relators)                     PLAINTIFFS

V.                                          Civil Action No. 1:16cv38HSO-JCG

PERFORMANCE ACCOUNTS RECEIVABLE, LLC, et al.        DEFENDANTS

## NOTICE BY PLAINTIFFS/RELATORS OF DESIGNATION OF EXPERT WITNESS AND DISCLOSURE OF EXPERT REPORT

Notice is hereby provided that on September 17, 2018, the

Plaintiffs/Relators in this action electronically communicated through their

counsel, to counsel for all Defendants herein, their designation pursuant to Rule

26(a)(2) of Robert D. Church, Jr., CPA, as an expert who may testify as an expert

witness on their behalf at a trial of this action, and that through the same electronic

means they also communicated on the same day that expert's written report

pursuant to and in compliance with the same Rule.

This the 19ᵗʰ day of September, 2018.

MITCHELL D. MONSOUR, ET AL.
By their Attorney,
PIGOTT LAW FIRM, P.A.

By: s/Brad Pigott
J. Brad Pigott

1

J. Brad Pigott, Mississippi Bar No. 4350
PIGOTT LAW FIRM, P.A.
775 North Congress Street
Jackson, Mississippi 39202
Telephone: 601-949-9450
Email: bpigott@pjlawyers.com

## Certificate of Service

This is to certify that I have this day, September 19, 2018, caused the foregoing Notice to be served electronically on the following counsel for all parties in this proceeding, through service at and to each of their email addresses as set forth below:

Samuel S. McHard
smchard@mchardlaw.com
Counsel for Walters Defendants

Carol Ann Estes Bustin
cbustin@netdoor.com'
webus2@gmail.com
Counsel for Defendant Thomley

Jeffrey Scott Newton
snewton@bakerdonelson.com
Ashley C. Tullos
atullos@bakerdonelson.com
Robert F. Walker
rwalker@bakerdonelson.com
Counsel for Defendants Stepping Stone and Deardorff

_s/Brad Pigott_____
J. Brad Pigott