**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA
ex. rel. MITCHELL D. MONSOUR and
WALTON STEPHEN VAUGHAN
        PLAINTIFFS**

**VS.**                                                            **Case No.:1:16-cv-38-HSO-JCG**

**PERFORMANCE ACCOUNTS RECEIVABLE, LLC,
PERFORMANCE CAPITAL LEASING, LLC,
STEPPING STONES HEALTHCARE, LLC,
WADE WALTERS, CLAYTON V. DEARDORFF,
MIKE BOLEWARE, HOPE THOMLEY,
DENNIS L. PIERCE, and PIERCON, INC.
        DEFENDANTS**

---

### UNOPPOSED MOTION FOR ORDER ALLOWING WITHDRAWAL

---

COMES NOW, Nicholas A. Puckett, by and through undersigned counsel, and files this his Motion seeking an Order to acknowledge withdrawal and substitution of counsel, and would show unto the Court the following to-wit:

Heretofore, Nicholas A. Puckett has taken employment elsewhere and will be leaving McHard McHard Anderson & Associates, PLLC. The undersigned and his former employer, McHard, McHard, Anderson & Associates, PLLC, have represented Defendants Defendants Wade Walters ("Walters"), Performance Accounts Receivable, LLC, and Performance Capital Leasing, LLC ("the Walters Defendants") as designated counsel in the above referenced civil action.

Nicholas A. Puckett hereby requests to be withdrawn as designated counsel for the Defendants in this matter. The undersigned has conferred with Plaintiffs' counsel who represented that Plaintiffs would not oppose the request to withdraw. Due to the simple nature of this Motion,

the undersigned requests that he be relieved of the requirement to file a memorandum in support as required by L.U. Civ. R. 7(b)(4).

WHEREFORE, PREMISES CONSIDERED, the Defendants pray that an Order be entered by the Court acknowledging the withdrawal of Nicholas A. Puckett as counsel for the Defendants in this matter.

Respectfully submitted this 11th day of March, 2021

**PERFORMANCE ACCOUNTS RECEIVABLE, LLC, PERFORMANCE CAPITAL LEASING, LLC, and WADE WALTERS, DEFENDANTS**

*/s/ Nicholas A. Puckett*
NICHOLAS A. PUCKETT, MSB#105599

Samuel S. McHard, MSB #100295
P. Manion Anderson, MSB #104250
McHARD, McHARD, ANDERSON & ASSOCIATES, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS  39402
P: (601)-450-1715
F: (601)-450-1719
smchard@mchardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court, Southern District of Mississippi, using the CM/ECF filing system, which will send notification of said filing to all counsel of record.

THIS the 11th day of March, 2021.

*/s/ Nicholas A. Puckett*
COUNSEL OF RECORD