# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA, et al.**                                 **PLAINTIFFS**

**v.**                               **CIVIL ACTION NO. 1:16-CV-38-HSO-JCG**

**PERFORMANCE ACCOUNTS**
**RECEIVABLE, LLC, et al.**                                                **DEFENDANTS**

## ORDER LIFTING STAY

BEFORE THE COURT is the Motion to Reopen Case and Lift Stay (ECF No. 133) filed by Plaintiffs. Because the criminal proceedings against Defendants Hope Thomley and Wade Walters have concluded, the Court finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Reopen Case and Lift Stay is granted. The stay entered in this case is lifted, and this case is reopened.

**SO ORDERED**, this the 21st day of May, 2021.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE