**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ex. rel. MITCHELL D. MONSOUR and WALTON STEPHEN VAUGHAN | **PLAINTIFFS** |
| VS. | NO. 1:16-cv-38-HSO-BWR |
| **PERFORMANCE ACCOUNTS RECEIVABLE, LLC, PERFORMANCE CAPITAL LEASING, LLC, WADE WALTERS, BILLY NERREN MARLOW, JR., WAYNE WALTERS, CAH MANAGEMENT - FRANKLIN SERVICES, LLC, REVENUE CYCLE MANAGEMENT - FRANKLIN, LLC, DONALD JAMES (JIM) BLACKWOOD, II; and SUNFLOWER MANAGEMENT HOLDING COMPANY, LLC** | **DEFENDANTS** |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and applicable provisions of those rules, at the time and place set forth herein, counsel for the Defendant, Sunflower Management Holding Company, LLC, will take the oral depositions of the parties listed below before a notary public or other officer authorized by law to administer oaths and record testimony:

**DATES:** March 21, 2023 and March 22, 2023 (if necessary)

**NAME:** Mitch Monsour
**TIME:** 9:00 a.m. (on March 21, 2023)

**NAME:** Stephen Vaughn
**TIME:** Immediately following the deposition of Mitch Monsour

**PLACE:** Offices of Pigott Law Firm, PA
775 North Congress Street
Jackson, Mississippi  39202

The oral examinations shall continue from day to day until completed.  You are notified to appear and take part in the examinations as you deem proper.

DATED:  February 1, 2023

Respectfully submitted,

**SUNFLOWER MANAGEMENT HOLDING COMPANY, LLC**


BY: /s/ *R. Mark Hodges*
    R. MARK HODGES
    CHARLES E. COWAN

**OF COUNSEL**:

R. Mark Hodges (MB #2493)
Charles E. Cowan (MB #104478)
WISE CARTER CHILD & CARAWAY, PA
401 E. Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi  39205
Telephone:  (601) 968-5500
Facsimile:  (601) 968-5519
rmh@wisecarter.com
cec@wisecarter.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the EFC system which sent notification of such filing to all counsel of record.

SO CERTIFIED:  February 1, 2023

/s/ *R. Mark Hodges*
R. MARK HODGES